IN RE REINSTATEMENT OF ARCHIE L. GENNOW AS AN
ATTORNEY AT LAW.[1]

July 11, 1941.

No. 31,373.

See 206 Minn. 389, 289 N. W. 887.
*Archie L. Gennow, pro se.*
*Philip Neville,* for State Board of Law Examiners.

PER CURIAM.

On the petition of Archie L. Gennow for reinstatement as an attorney at law in this state, it is ordered that said Gennow be reinstated as such attorney at law, this court, however, retaining jurisdiction of the proceedings during a probationary period of three years, during which, if said Gennow fails to put into his practice the standards fixed by the canons of ethics of the bar association, the board of law examiners may upon adequate notice to said Gennow apply to this court for a vacation of the order of reinstatement.

It is so ordered.

[1]Reported in 299 N. W. 683.